UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ROBERT RICHMOND, | ) |
|     Plaintiff | ) ) ) |
| v. | ) Case 3:10-0734 ) Judge Campbell/Brown ) **Jury Demand** |
| CENTURION EXTERIORS, INC., JOHN BAUGH, and BARRY BROOKS, | ) ) ) |
|     Defendants | ) |

## O R D E R

A telephone conference was held with the parties in this matter on January 18, 2011. As an initial matter, the Magistrate Judge discussed with the parties a discovery issue concerning questions about the Defendant's criminal record, including arrests. The parties agree with the Magistrate Judge that juvenile records are not involved in this inquiry.

The parties indicated they will discuss the issue further. The Magistrate Judge would suggest that questions about the accuracy and completeness of the TBI report, which is in the record, would be appropriate. Of course, it is quite likely that arrests and convictions not involving moral turpitude would not be admissible at trial.

If the parties are unable to completely resolve this issue they may file an appropriate motion without the necessity of a further telephone conference call.

The parties further advised that they thought a settlement conference might be appropriate once they had completed a few depositions. Once the parties believe the settlement conference would be useful, they may file a motion for the same and the undersigned will refer the matter to another Magistrate Judge to schedule a settlement conference at a time convenient to all parties.

Because of counsels' schedules they have requested certain modifications to the scheduling order (Docket Entry 16). The deadline for completion of all discovery is extended to **June 30, 2011**. Dispositive motions will be due **August 15, 2011**, with responses due **28 days** thereafter and replies, limited to five pages, are due **14 days** after any response.

The parties estimate that this jury case will be ready for trial after the first of the year 2012. A trial date has not yet been set.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge