```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                           AT NASHVILLE

ROBERT RICHMOND,                )
                                )
        Plaintiff                )
                                )       Case 3:10-0734
v.                              )       Judge Sharp/Brown
                                )       **Jury Demand**
CENTURION EXTERIORS, INC.,      )
JOHN BAUGH, and BARRY BROOKS,   )
                                )
        Defendants              )
```

## O R D E R

A telephone conference was held at the request of the parties during the discovery deposition of Defendant John Baugh on July 5, 2011. The Magistrate Judge is of the view that Mr. Baugh does need to state whether or not he is a majority stockholder in the parent company which wholly owns the Defendant Centurion Exteriors, Inc. If he is a majority stockholder, the Magistrate Judge does not see the need to delve into other stockholders' names and ownership percentages.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge